UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 15, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

HONEY KUMAR (A-245-345-698),
                              Petitioner,

       v.

WARDEN, et al.,
                              Respondents.

No.   1:26-cv-3443 DC CSK

**MINUTE ORDER**

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner paid the filing fee. Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On May 13, 2026, the district court granted in part petitioner's motion for temporary restraining order; petitioner's motion for immediate release was denied, and respondents were ordered to provide petitioner a bond hearing within 14 days.  (ECF No. 8.)  The district court referred the matter to the undersigned for further proceedings. (Id.)

On May 5, 2026, respondents filed an opposition to the habeas petition.  (ECF No. 6.)  Petitioner is granted ten days to file a traverse or reply.  See 28 U.S.C. § 2243.

Accordingly, IT IS HEREBY ORDERED that petitioner's reply/traverse to respondent's opposition to the petition, if any, is due within 10 days of the date of this order.