UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONEY KUMAR, | Case No.  1:26-cv-03443-DC-CSK |
|         Petitioner, | |
|      v. | **RELATED CASE ORDER** |
| WARDEN, et al., | |
|         Respondent. | |
| HONEY KUMAR, | Case No.  1:26-cv-03602-VC |
|         Petitioner, | |
|      v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
|         Respondent. | |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to affect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 1:26-cv-03602-VC is

reassigned to District Judge Dena M. Coggins and Magistrate Judge Chi Soo Kim, and the caption shall read 1:26-cv-03602 DC CSK. Any dates currently set in 1:26-cv-03602-VC are hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 14, 2026

VINCE CHHABRIA
United States District Judge