UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HONEY KUMAR (A-245-345-698),

Petitioner,

v.

WARDEN, et al.,

Respondents.

No.  1:26-cv-3443 DC CSK

ORDER

Petitioner Honey Kumar (A-245-345-698), a citizen and native of India, is proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On May 15, 2026, petitioner filed pro se motions for temporary restraining order and for appointment of counsel.  (ECF Nos. 12, 13.)  Petitioner's pro se motions must be denied for the reasons discussed below.

**I.    BACKGROUND**

On May 4, 2026, counsel for petitioner filed the petition for writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  On May 5, 2026, petitioner's counsel filed a motion for temporary restraining order in this action.  (ECF No. 2.)  The motion was partially granted by the district court on May 13, 2026, and respondents were directed to provide petitioner with a bond

1

hearing before an immigration judge at which the government shall bear the burden of proof.[1] (ECF No. 8.)  The district court also referred the matter to the undersigned.  (Id.)  On May 15, 2026, this Court granted petitioner's counsel an opportunity to file a reply to respondents' opposition to the habeas petition within ten days.  (ECF No. 9.)  On May 15, 2026, petitioner filed a pro se motion for temporary restraining order and a pro se motion for appointment of counsel.  (ECF Nos. 12, 13.)

Petitioner's Related Case

On May 11, 2026, petitioner filed a pro se petition under 28 U.S.C. § 2241.  Kumar v. Warden, No. 1:26-cv-3602 DC CSK (E.D. Cal.).  That same day, petitioner filed a pro se motion for appointment of counsel and a pro se motion for temporary restraining order  No. 1:26-cv-3602 DC CSK (ECF Nos. 3, 4.)  On May 15, 2026, the district judge related petitioner's subsequently-filed case, No. 1-26-cv-3602 DC CSK, to the instant action, No. 26-cv-3443 DC CSK.  (ECF No. 11.)

**II.    DISCUSSION**

Petitioner's pro se motions filed in this action must be denied for the following reasons.  First, as noted, petitioner is already represented by counsel in this action, and so long as petitioner is represented by counsel herein, only counsel may file documents on petitioner's behalf.  Petitioner's pro se motions are denied as they were improperly filed by petitioner acting without counsel.  Second, because petitioner is already represented by counsel in this action, his motion for appointment of counsel in this action is moot.  Third, on May 11, 2026, petitioner filed a pro se motion for appointment of counsel and a pro se motion for temporary restraining order in his related case, Kumar v. Warden, No. 1:26-cv-3602 DC CSK (E.D. Cal.).  The pro se motions subsequently filed in this action are largely duplicative of the motions previously filed in petitioner's related case, No. 1:26-cv-3602 DC CSK.  For all these reasons, petitioner's pro se motions filed in this action are denied without prejudice.

---

[1]  Petitioner's May 11, 2026 pro se motion for temporary restraining order and pro se motion for appointment of counsel filed in related case No. 1:26-cv-3602 DC CSK remain pending before the district court.

2

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's pro se motion for temporary restraining order (ECF No. 12) is denied without prejudice.

2. Petitioner's pro se motion for appointment of counsel (ECF No. 13) is denied without prejudice.

3. Petitioner shall refrain from filing further pro se documents in this action because he is represented by counsel.

4. In addition to counsel, the Clerk of the Court is directed to serve a copy of this order on petitioner Honey Kumar (A-245-345-698), Golden States Annex Detention Facility, 611 Frontage Road, McFarland, CA  93250.

Dated:  May 20, 2026

_____

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/kuma3443.den.2241.imm

3